United States District Court
Southern District of Texas
**ENTERED**
July 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH JUVENTINO RANDALL, § § Petitioner, § § VS. § 79TH DISTRICT COURT JIM WELLS § COUNTY, § § Defendant. § | CIVIL ACTION NO. 2:24-CV-00036 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On June 7, 2024, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (D.E. 23), recommending that this habeas corpus action be dismissed without prejudice for failure to exhaust state court remedies. Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

Petitioner's only subsequent filing is a letter complaining of his lack of a lawyer to assist him in this matter. D.E. 24. The Magistrate Judge construed the letter as a motion to appoint counsel and denied it. D.E. 25. Petitioner did not state any facts or law addressing his failure to exhaust state court remedies.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 23), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the petition for writ of habeas corpus (D.E. 1, 20) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available remedies. In the event that Petitioner requests a certificate of appealability, that request is **DENIED**.

**ORDERED** on July 9, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE